LARAINE FANTASIA, PETITIONER-APPELLANT, v. HESS OIL & CHEMICAL CORPORATION, NOW HESS OIL & CHEMICAL DIV., AMERADA HESS CORPORATION, RESPONDENT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued February 1, 1971—Decided February 5, 1971.

Before Judges GOLDMANN, LEONARD and MOUNTAIN.

*Mr. John M. Strichek* argued the cause for appellant (*Messrs. Waters & McPherson,* attorneys).

*Mr. James A. Robottom* argued the cause for respondent (*Messrs. Haskins, Robottom & Hack,* attorneys).

PER CURIAM. We affirm essentially for the reasons stated in the opinion of County Judge Arnold, reported at 110 *N. J. Super.* 360 (1970).